**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ESTATE OF TIMOTHY WEST,<br>Deceased, by Lori DeFisher,<br>Administrator<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR PHILLIPS,<br><br>Defendant. | CASE NO. 2:24-cv-3995<br><br>JUDGE EDMUND A. SARGUS<br>MAG. JUDGE S. COURTER SHIMEALL<br><br>**MOTION TO FILE EXHIBIT UNDER SEAL** |

Plaintiff respectfully moves this Court to allow Plaintiff to file Exhibit 1.2.9 in support of Plaintiff's Response In Opposition To Defendants' Motion For Summary Judgment under seal. The exhibit is an EMS Run sheet and has confidential medical information and is designated confidential under the protective order.

Respectfully submitted,

*/s/ Elijah Hack*
Jacqueline Greene (0092733)
Elijah Hack (0099633)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com
elijah@FGGfirm.com

*Counsel for Plaintiff*

**MEMORANDUM IN SUPPORT**

The Parties entered into a protective order making certain records confidential, including medical records. (Doc. 16, Protective Order) Medical Records are protected by the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d et seq. This record is relevant to the legal and factual issues presented to the Court in Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment and should be filed under seal to protect the privacy of the decedent. Therefore, Plaintiff respectfully requests that this Court permit the filing under seal of Exhibit 1.2.9 into the record.

Respectfully submitted,

*/s/ Elijah Hack*
Jacqueline Greene (0092733)
Elijah Hack (0099633)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com
elijah@FGGfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Elijah Hack*
Elijah Hack
*One of the Attorneys for Plaintiff*